UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN ANDERSON, #09021-041,

    Petitioner,                             Case No. 18-cv-10292
                                           Hon. Matthew F. Leitman

v.

J.A. TERRIS,

    Respondent.

_____/

## **JUDGMENT**

The above entitled action came before the Court on a Petition for Writ of

Habeas Corpus. In accordance with the Order entered on October 9, 2018:

The Petition for Writ of Habeas Corpus is DENIED.

Dated at Flint, Michigan, this 9th day of October, 2018.

                                    DAVID J. WEAVER
                                    CLERK OF COURT


                    By:    s/Holly A. Monda
                            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge