UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN ANDERSON, #09021-041,

    Petitioner,

Case No. 18-cv-10292
Hon. Matthew F. Leitman

v.

J.A. TERRIS,

    Respondent.

_____/

# ORDER DENYING PETITIONER'S MOTION
# TO ALTER OR AMEND JUDGMENT (ECF #15)

On January 23, 2018, Petitioner Shawn Anderson, proceeding pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. §2241 (ECF #1.) By order dated October 9, 2018, this Court denied the petition. (ECF #13.) This Court entered judgment against Anderson that same day. (ECF #14.) Anderson has now filed a motion to alter or amend the judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure. (ECF #15.) Anderson contends that the Court made a clear error of law. (*See id.*) The motion is DENIED because Anderson has not cited any legal

1

authority that undermines the soundness of the Court's decision, nor has he otherwise demonstrated any error in the Court's analysis or conclusion.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 14, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 14, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764